# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA　　　　　　　Magistrate Case No. __14-9266__

v.

　　　　　　　　　　　　　　　　　　　　　ORDER

__Silvia Sosa-Palacios__

　　The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

　　IT IS on this __30th__ day of __October__, 2014

　　ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE ANTHONY R. MAUTONE
　　　   　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

FA